**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Empire Schuylkill LP** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8396525** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| | **c/o CBRE/Fameco**<br>**625 West Ridge Pike, Building A**<br>**Suite 100** |
| **830 Schuylkill Mall**<br>**Frackville, PA 17931** | **Conshohocken, PA 19428** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Schuylkill** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.schuylkillmallshop.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 2   Case 5:16-bk-04385-JJT   Doc 1   Filed 10/24/16   Entered 10/24/16 13:51:07   Desc   page 2
Voluntary Petition for Non-Individuals Filing for Bankruptcy
Main Document   Page 2 of 44

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No |
|---|---|---|

☐ **Yes.** Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Soil contamination - PA DEP Incident # 11037**

**Where is the property?**    **830 Schuylkill Mall**
**Frackville, PA, 17931-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **American Guarantee & Liability**

         Contact name    **Steve Odell**

         Phone    **(610) 995-0948**

---

| ■ | **Statistical and administrative information** |
|---|---|

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 24, 2016**
MM / DD / YYYY

**X** **/s/ Michael S. Pearlstein**                     Michael S. Pearlstein
Signature of authorized representative of debtor          Printed name

Title   **Sole Member of General Partner**

**18. Signature of attorney**

**X** **/s/ Jeffrey Kurtzman**                Date  **October 24, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**Jeffrey Kurtzman**
Printed name

**KURTZMAN STEADY, LLC**
Firm name

**401 S. 2nd Street**
**Suite 200**
**Philadelphia, PA 19147**
Number, Street, City, State & ZIP Code

Contact phone   **(215) 883-1600**        Email address   **kurtzman@kurtzmansteady.com**

**51816 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Empire Schuylkill LP**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 24, 2016**          X **/s/ Michael S. Pearlstein**
                                              Signature of individual signing on behalf of debtor

                                           **Michael S. Pearlstein**
                                              Printed name

                                           **Sole Member of General Partner**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Empire Schuylkill LP**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*......................................................................................   $     **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...................................................................................   $     **265,178.74**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.....................................................................................   $     **265,178.74**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **27,432,905.10**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $     **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................   +$     **2,975,263.89**

4.   Total liabilities ....................................................................................................................   $     **30,408,168.99**
   Lines 2 + 3a + 3b

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bancorp Bank** | **Lockbox acct ending in 6882 and 6991** | 6882 | $4,029.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.** |  | | | $4,029.00 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:        Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | 795,975.14 | - | 539,325.40 | = .... | $256,649.74 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                        | $256,649.74 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software Furniture, fixtures and equipment  (Subject to lien of Walnut Street 2014-1 Issuer, LLC, see Schedule D)** | $0.00 | Liquidation | $4,500.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                        | $4,500.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **830 Schuylkill Mall<br>Frackville, PA 17932**<br><br>**Shopping Mall** | Fee Simple | $28,015,316.73 | Est. Market Val. | Unknown |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
| --- |
| **$0.00** |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,029.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $256,649.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $265,178.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $265,178.74 |

Debtor name     **Empire Schuylkill LP**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bancorp Bank** | | $4,029.00 | $4,029.00 |
|---|---|---|---|---|

Creditor's Name

**1818 Market Street**
**28th Floor**
**Philadelphia, PA 19103**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Bancorp Bank - Lockbox acct ending in 6882**
**and 6991 - Acct# 6882**

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6991**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Walnut Street 2014-1 Issuer, LLC** | | $27,428,876.10 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1818 Market Street**
**28th Floor**
**Philadelphia, PA 19103**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**830 Schuylkill Mall**
**Frackville, PA 17932**

**Shopping Mall**

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Empire Schuylkill LP** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $27,432,905.10

<p style="background:black;color:white;display:inline;">Part 2:</p> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brett L. Messinger, Esquire**<br>**Duane Morris LLP**<br>**30 S. 17th Street**<br>**Philadelphia, PA 19103** | Line __2.2__ | |

Fill in this information to identify the case:

Debtor name **Empire Schuylkill LP**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**American Arbitration Assoc.**<br>**950 Warren Avenue**<br>**East Providence, RI 02914**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,105.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Backyard Bouncin**<br>**304 East 5th Street**<br>**Berwick, PA 18603**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $397.50 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Bartush Signs & Crane Service**<br>**302 N. Washington Street**<br>**Orwigsburg, PA 17961**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $567.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Beaver Valley Environ., LLC**<br>**714 Beaver Valley Road**<br>**Bloomsburg, PA 17815**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,721.53 |

Case 5:16-bk-04385-JJT    Doc 1    Filed 10/24/16    Entered 10/24/16 13:51:07    Desc
Main Document    Page 13 of 44

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,616.98 |
| :--- | :--- | :--- | ---: |
| | **Blythe Township Tax Collector** | ☐ Contingent | |
| | **380 Ridge Road** | ☐ Unliquidated | |
| | **Cumbola, PA 17930** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,582.00 |
| :--- | :--- | :--- | ---: |
| | **Bova Property Maintenance** | ☐ Contingent | |
| | **135 Lumber Lane** | ☐ Unliquidated | |
| | **New Ringgold, PA 17960** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,514.56 |
| :--- | :--- | :--- | ---: |
| | **Capital Asset Protection, Inc.** | ☐ Contingent | |
| | **1111 Old Eagle School Road** | ☐ Unliquidated | |
| | **Wayne, PA** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
| :--- | :--- | :--- | ---: |
| | **CD Communication Service** | ☐ Contingent | |
| | **13 Corporate Plaza** | ☐ Unliquidated | |
| | **Suite 120** | ☐ Disputed | |
| | **Newport Beach, CA 92660** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.93 |
| :--- | :--- | :--- | ---: |
| | **Cintas Corporation** | ☐ Contingent | |
| | **P.O. Box 630910** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.90 |
| :--- | :--- | :--- | ---: |
| | **DeLage Landen Financial** | ☐ Contingent | |
| | **P.O. Box 41602** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
| :--- | :--- | :--- | ---: |
| | **DJ Dan Entertainment** | ☐ Contingent | |
| | **72 Markel Road** | ☐ Unliquidated | |
| | **Malvern, PA 19355** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,647.68 |
|---|---|---|---|

**Empire Schuylkill**
**Gift Certificate Account**
**830 Schuylkill Mall**
**Frackville, PA 17931**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,298.00 |
|---|---|---|---|

**Energy Management Systems**
**P.O. Box 646**
**Exton, PA 19341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.17 |
|---|---|---|---|

**EZ To Use Book**
**117 Work Drive**
**Johnstown, PA 15904**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,333.28 |
|---|---|---|---|

**Fairway Laboratories**
**2019 Ninth Avenue**
**Altoona, PA 16602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,333.28 |
|---|---|---|---|

**First Energy Solutions Corp**
**341 White Pond Drive**
**Bldg. B3**
**Akron, OH 44320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.99 |
|---|---|---|---|

**Fun Express**
**4206 S. 108th Street**
**Omaha, NE 68137**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,978.00 |
|---|---|---|---|

**High Voltage Technical Services, LLC**
**2 Kolb Lane**
**Shickshinny, PA 18655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

**ICSC Member Services**
**P.O. Box 26958**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Kenenitz Construction, Inc.**
**49 Tiley Road**
**Ashland, PA 17921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$82,900.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Michael S. Pearlstein**
**3901 Manayunk Avenue**
**Unit # 103**
**Philadelphia, PA 19128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Moxiegreen**
**67-69 Public Square**
**Suite 600**
**Wilkes Barre, PA 18701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,269.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Myers Environmental Services**
**P.O. Box 800**
**329 Quaker Lane**
**Millville, PA 17846**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,350.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**NerdyIT, LLC**
**P.O. Box 1112**
**Pottsville, PA 17901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$59.95**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**New Castle Township**
**Tax Collector**
**100 Arnot Street**
**Selinsgrove, PA 17870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$116,929.83**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.85 |
|---|---|---|---|

**PBR Services, Inc.**
**421 N. Pennsylvania Avenue**
**Wilkes Barre, PA 18702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.24 |
|---|---|---|---|

**Playnetwork, Inc.**
**P.O. Box 204515**
**Dallas, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,754.58 |
|---|---|---|---|

**PPL Electric Utilities**
**P.O. Box 25222**
**Lehigh Valley, PA 18002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.19 |
|---|---|---|---|

**Praxair Distribution, Inc.**
**5275 W. Tilghman Street**
**Allentown, PA 18104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.85 |
|---|---|---|---|

**Republican Herald**
**111 Mahantongo Street**
**Pottsville, PA 17901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Rock N Roll Pet Store**
**c/o Mike Zaffuto**
**14 Craig Street**
**Westborough, MA 01582-5000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Ron Troy Asphalt Paving**
**#1 Morea Road**
**Frackville, PA 17931**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,729.49 |
|---|---|---|---|

**Schuylkill County**
**221 South Centre Street**
**P.O. Box 960**
**Pottsville, PA 17901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,900.00 |
|---|---|---|---|

**Snow Butlers, LLC**
**900 Louis Drive**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,037,377.67 |
|---|---|---|---|

**The Bancorp Bank**
**409 Silverside Road**
**Suite 105**
**Wilmington, DE 19809**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.05 |
|---|---|---|---|

**Touchtone communications**
**16 S. Jefferson Road**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.05 |
|---|---|---|---|

**Tyco Integrated Security, LLC**
**2450 Blvd. of the Generals**
**Norristown, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,069.55 |
|---|---|---|---|

**Verizon**
**P.O. Box 28000**
**Lehigh Valley, PA 18002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|

**Victor E. Muncy, Inc.**
**210 Peacock Street**
**Pottsville, PA 17901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Empire Schuylkill LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,357,688.79 |
|---|---|---|---|

**Waste Management of PA**
**400 Progress Drive**
**Telford, PA 18969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **D. Troy Sellars, Trial Attorney**<br>**Office of the U.S. Trustee**<br>**228 Walnut Street, Suite 1190**<br>**Harrisburg, PA 17101** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  2,975,263.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  2,975,263.89 |

Fill in this information to identify the case:

Debtor name **Empire Schuylkill LP**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
| State the term remaining | **thru 5/7/17** | **A&A Auto Parts Stores, Inc. ATTN: Lease Administration 44 Tunkhannock Avenue Pittston, PA 18643** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
| State the term remaining | **thru 11/7/16** | **A&A Auto Parts Stores, Inc. ATTN: Lease Administration 44 Tunkhannock Avenue Pittston, PA 18643** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
| State the term remaining | **thru 12/31/16** | **Adorable Pets c/o Mary Ann Gehris 14 Hawthorne Road Reading, PA 19609-1712** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
| State the term remaining | **thru 1/14/17** | **American Future Systems d/b/a Progressive Business Pub 370 Techonology Drive Malvern, PA 19355** |
| List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **A/P-Schuylkill Mall Pad Rental** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **American Patient Transport Sys.** |
| | List the contract number of any government contract | | **119 East Holly Street** |
| | | | **P.O. Box 652** |
| | | | **Hazleton, PA 18201** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Angela Miller** |
| | List the contract number of any government contract | | **912 East Centre Street** |
| | | | **Mahanoy City, PA 17948** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Archana Rex** |
| | List the contract number of any government contract | | **d/b/a SHUBH This and That** |
| | | | **656 Schuylkill Mall** |
| | | | **Frackville, PA 17931** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 10/31/18** | **AT&T CRE Lease Administration** |
| | List the contract number of any government contract | | **Room 1B201, Lease #RPA15101a** |
| | | | **One AT&T Way** |
| | | | **Bedminster, NJ 07921** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Bath & Body Works, LLC** |
| | List the contract number of any government contract | | **ATTN: Real Estate** |
| | | | **P.O. Box 182799** |
| | | | **Columbus, OH 43218-2799** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **1/31/17** | **Benigna's Creek** |
| | List the contract number of any | | **1585 Ridge Road** |
| | | | **Klingerstown, PA 17941** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
| | State the term remaining | 1/31/17 | **Big Lots**<br>**300 Phillipi Road**<br>**P.O. Box 28512, Dept. 10061**<br>**Columbus, OH 43228-0512** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
| | State the term remaining | 3/31/18 | **Blum's Auction**<br>**510 Schuylkill Mall**<br>**Frackville, PA 17931** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
| | State the term remaining | thru 3/18/32 | **Bon-Ton Dept. Stores #40**<br>**ATTN: Laurie Senft**<br>**2801 East Market Street Bldg**<br>**Jamestown, NY 14702** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Building maintenance | |
| | State the term remaining | | **Bova Property Maintenance**<br>**135 Lumber Lane**<br>**New Ringgold, PA 17960** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
| | State the term remaining | n/a | **Brackney Leather**<br>**Jere Franklin**<br>**212 E. 8th Street**<br>**Wyoming, PA 18644** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | **Brierwood Kennels**<br>**25 Brier Drive**<br>**Pottsville, PA 17901** |

Case 5:16-bk-04385-JJT   Doc 1   Filed 10/24/16   Entered 10/24/16 13:51:07   Desc
Main Document    Page 22 of 44

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | n/a | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Security services | |
|---|---|---|---|
| | State the term remaining | | Capital Asset Protection, Inc.<br>5996 Steubenville Pike<br>Mc Kees Rocks, PA 15136 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 11/30/20 | Cardtronics<br>3250 Briar Park Drive<br>Suite 400<br>Houston, TX 77042 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 12/31/16 | Cinderella's Closet<br>Frackville Rotary Club<br>958 Schuylkill Mall Road<br>Frackville, PA 17931 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | 3/31/2050 | Cracker Barrel<br>ATTN: Accounts Payable<br>P.O. Box 787<br>Lebanon, TN 37088-0787 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 10/31/16 | CTM Group, Inc.<br>13 Red Roof Lane<br>Unit 1-A<br>Salem, NH 03079 |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | | **DaVita, Inc. ATTN: Rent # 5031 P.O. Box 1476 Tacoma, WA 98401-1476** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **4/30/19** | **DBU, Inc. H&R Block 263 Maple Drive Drums, PA 18222** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease - Debtor is lessee** | |
|---|---|---|---|
| | State the term remaining | | **DeLage Landen Financial 1111 Old Eagle School Road Wayne, PA 19087** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 1/31/20** | **Dunham's Sports 5607 New King Drive Suite # 125 Troy, MI 48098** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenence services** | |
|---|---|---|---|
| | State the term remaining | | **DynaTech Generators 120 N. 25th Street Lebanon, PA 17046** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **ecoATM 10121 Barnes Canyon Road San Diego, CA 92121** |
| | List the contract number of any | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page  5 of 14

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 5:16-bk-04385-JJT    Doc 1    Filed 10/24/16    Entered 10/24/16 13:51:07    Desc
Main Document    Page 24 of 44



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 12/31/2099 | **First Federal Bank**<br>**P.O. Box 52012**<br>**Lehigh Valley, PA 18002-5012** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | 1/31/17 | **FYE # 1904**<br>**Record Town, Inc.**<br>**38 Corporate Circle**<br>**Albany, NY 12203** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 12/31/16 | **George & Sons Amusement Co.**<br>**122 Evergreen Drive**<br>**Pottsville, PA 17901** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 7/19/17 | **Gertrude Hawk Chocolates**<br>**ATTN: Lease Administration**<br>**9 Keystone Industrial Park**<br>**Scranton, PA 18512-1544** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease - Debtor is landlord | |
|---|---|---|---|
| | State the term remaining | thru 3/31/2050 | **Harmony Hotel, LLC**<br>**7540 Windsor Drive**<br>**Suite 101**<br>**Allentown, PA 18195** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Contractor | **High Voltage Technical Services, LLC**<br>**2 Kolb Lane**<br>**Shickshinny, PA 18655** |
|---|---|---|---|



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                           _____

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | |
| | List the contract number of any government contract | | **Innovative Vending Solutions 1360 North Delsea Drive Clayton, NJ 08312** |

---

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/31/16** | |
| | List the contract number of any government contract | | **Int'l Church of Foursquare Gospel c/o Todd DeWire 415 Coal Street Tamaqua, PA 18252** |

---

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/31/16** | |
| | List the contract number of any government contract | | **International Church of Foursquare c/o Todd DeWire 415 Coal Street Tamaqua, PA 18252** |

---

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Sprinkler inspection services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kistler O'Brien Fire Protection 2210 City Line Road Bethlehem, PA 18017** |

---

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease (storage) - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **12/31/16** | |
| | List the contract number of any government contract | | **Little Italy 632 West Nicholas Street Frackville, PA 17931** |

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 3/30/22** | **Little Italy**<br>**642 Schuylkill Mall**<br>**Frackville, PA 17931** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 4/30/19** | **Mastercuts #38026**<br>**ATTN: Leases Payable**<br>**7201 Metro Blvd.**<br>**Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **12/6/20** | **McDonald's # 37-394/57037**<br>**960 Schuylkill Mall**<br>**Frackville, PA 17931** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/31/16** | **Michael's Photography**<br>**531 Garfield Avenue**<br>**Frackville, PA 17931** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/31/16** | **Mike Bailey Photography**<br>**1738 Mahantongo Street**<br>**Pottsville, PA 17901** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Miscellaneous**<br>**633 W. Germantown Pike**<br>**Conshohocken, PA 19428** |
| | List the contract number of any | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 10/20/19** | **MLR Ventures II, LLC c/o Matthew Lange 1 Ely Park Blvd. L-1 Binghamton, NY 13905** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Mustard Seed Merchantile 112 Rach Road Pitman, PA 17964** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Environmental consulting** | |
|---|---|---|---|
| | State the term remaining | | **Myers Environmental Services 329 Quaker Lane P.O. Box 800 Millville, PA 17846** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **North Schuylkill Jr. Spartans c/o John Himes 516 West Chestnut Street Frackville, PA 17931** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **North Schuylkill Jr. Spartans c/o John Himes 516 West Chestnut Street Frackville, PA 17931** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | **North Schuylkill Railers c/o Walter Fetterolf 332 N. Center Street Frackville, PA 17931** |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | State the term remaining | **thru 12/31/16** |  |
|  | List the contract number of any government contract | _____ |  |

|  |  |  |  |
|---|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** |  |
|  | State the term remaining | **thru 12/31/16** | **North Schuylkill Railers** |
|  | List the contract number of any government contract | _____ | **c/o Walter Fetterolf** **332 N. Center Street** **Frackville, PA 17931** |

|  |  |  |  |
|---|---|---|---|
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** |  |
|  | State the term remaining | **n/a** | **Passion Nails & Spa** |
|  | List the contract number of any government contract | _____ | **828 Schuylkill Mall** **Frackville, PA 17931** |

|  |  |  |  |
|---|---|---|---|
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Energy management services** |  |
|  | State the term remaining |  | **PQ Energy Services, Inc.** |
|  | List the contract number of any government contract | _____ | **3320 Nazareth Road** **Easton, PA 18045** |

|  |  |  |  |
|---|---|---|---|
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** |  |
|  | State the term remaining | **thru 12/31/16** | **Procure Personnel** |
|  | List the contract number of any government contract | _____ | **c/o John Deblasi** **113 North Wyoming Street** **Hazleton, PA 18201** |

|  |  |  |  |
|---|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** |  |
|  | State the term remaining | **n/a** | **Rebekah's Creations** |
|  | List the contract number of any government contract | _____ | **1101 West Market Street** **Pottsville, PA 17901** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **2/28/17** | **Ruby Paris**<br>**16 Delp Lane**<br>**Schuylkill Haven, PA 17972** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/31/16** | **SAPM, LLC**<br>**c/o Oksana Khomko**<br>**830 Macon Drive**<br>**Lebanon, PA 17046** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 10/31/19** | **Schuylkill Mall Dental Center**<br>**209 Schuylkill Mall**<br>**Frackville, PA 17931** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Schuylkill Mall Theatre**<br>**Drive In**<br>**5644 Irish Pat Murphy Drive**<br>**Parker, CO 80134** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 5/31/28** | **Schuylkill Mall Theatre, LLC**<br>**c/o Bruce Taffet**<br>**5644 Irish Pat Murphy Drive**<br>**Parker, CO 80134** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Snow removal services** | |
|---|---|---|---|
| | State the term remaining | | **Snow Butlers, LLC**<br>**900 Louis Drive**<br>**Warminster, PA 18974** |
| | List the contract number of any | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Land lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/31/16** | **The Bon-Ton Dept. Stores, Inc.**<br>**2801 East Market Street**<br>**York, PA 17402** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 2/28/17** | **The Pepsi Bottling Group, LLC**<br>**941 Dana Drive**<br>**Harrisburg, PA 17109** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Alarm services** | |
|---|---|---|---|
| | State the term remaining | | **The Protection Bureau**<br>**187 Phillips Road**<br>**Exton, PA 19341** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 11/30/17** | **The Shoe Show # 227**<br>**2201 Trinity Church Road**<br>**P.O. Box 648**<br>**Concord, NC 28026** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **12/31/16** | **The Vending Shoppe**<br>**815 Whitney Drive**<br>**Blue Bell, PA 19422** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | **This and That**<br>**656 Schuylkill Mall**<br>**Frackville, PA 17931** |
|---|---|---|---|



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **n/a** | |
| List the contract number of any government contract | _____ | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 12/6/19** | **TruBridge**<br>**ATTN: Terri Meyers**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| | List the contract number of any government contract | _____ | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **3/15/21** | **U.S. Government Services Admin**<br>**Lease No. GS-03B-09424**<br>**20 N. 8th Street, 8th Floor**<br>**Philadelphia, PA 19107-3191** |
| | List the contract number of any government contract | _____ | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **12/31/17** | **Urban Hair Stylist HMS, Inc.**<br>**12700 Industrial Park Blvd.**<br>**Minneapolis, MN 55441** |
| | List the contract number of any government contract | _____ | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **12/31/16** | **Vendomatic**<br>**1844 Brookfield Court**<br>**Frederick, MD 21701** |
| | List the contract number of any government contract | _____ | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **thru 1/15/17** | **Vertigo Systems**<br>**ATTN: Ryan Blakeslee**<br>**912 Schuylkill Mall**<br>**Frackville, PA 17931** |
| | List the contract number of any government contract | _____ | |

Case 5:16-bk-04385-JJT    Doc 1    Filed 10/24/16    Entered 10/24/16 13:51:07    Desc
Main Document    Page 32 of 44

Debtor 1 **Empire Schuylkill LP**

First Name Middle Name Last Name

Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease - Debtor is landlord** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Victoria's Secret Stores, LLC**<br>**ATTN: Real Estate**<br>**P.O. Box 182799**<br>**Columbus, OH 43210-2799** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **A/P-Schuylkill Mall Pad Rental** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Waste Management**<br>**A/P-Schuylkill Mall Pad Rental**<br>**4300 Industrial Park Road**<br>**Camp Hill, PA 17011** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Empire Schuylkill LP**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   **Michael S. Pearlstein** | **3901 Manayunk Avenue Unit # 103 Philadelphia, PA 19128** | **Walnut Street 2014-1 Issuer, LLC** | ■ D   **2.2** _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name __**Empire Schuylkill LP**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,108,902.81** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,719,815.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$4,111,236.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  See Attached Schedule 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Empire Realty Management, Inc.<br>3901 Manayunk Avenue<br>Unit # 103<br>Philadelphia, PA 19128 | 2015 | $20,226.00 | Leasing fee |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Kenenitz Construction, Inc.<br>Empire Schuylkill, LP and<br>CBRE, Inc.<br>01-15-0004-6987 | Commercial Arbitration - Contract | AAA Arbitration | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  First Energy Solutions Corp<br>v. Empire Schuylkill, LP<br>3:14-cv-00378 | Contract Action | U.S.D.C. for the Middle District of PA | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Walnut Street 2014-1 Issuer, LLC, by and through The Bancorp Bank, its services and agent v. Empire Schuylkill, LP<br>J-245-2016** | **Contact Action** | **Schuylkill County Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

     ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

     ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

     ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kurtzman \| Steady, LLC<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia, PA 19147** | | **10/5/16** | **$7,500.00** |

     Email or website address<br>     **kurtzman@kurtzmansteady.com**

     Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|----------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|----------------------------|----------------|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|----------------------------------------------------------|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|-----------------|--|------------------------|
| 26a.1. | **James E. Bahr, CPA**<br>**1043 Mill Creek Drive**<br>**Feasterville Trevose, PA 19053** | **2007 thru 2016** |
| 26a.2. | **CBRE, Inc.**<br>**625 West Ridge Pike**<br>**Suite 100**<br>**Conshohocken, PA 19428** | **2007 thru 2016** |
| 26a.3. | **Bahr & Associates, PC**<br>**1043 Mill Creek Drive**<br>**Feasterville Trevose, PA 19053** | **2007 thru 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|-----------------|--|------------------------------------------------------------------|
| 26c.1. | **Bahr & Associates, PC**<br>**1043 Mill Creek Drive**<br>**Feasterville Trevose, PA 19053** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| Michael S. Pearlstein | 3901 Manayunk Avenue Unit # 103 Philadelphia, PA 19128 | Sole Member of General Partner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Empire Realty Management, Inc. 3901 Manayunk Avenue Unit # 103 Philadelphia, PA 19128 | $20,226.00 | 2015 | Leasing fee |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Debtor | Empire Schuylkill LP | Case number *(if known)* |
|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 24, 2016**

**/s/ Michael S. Pearlstein**                      **Michael S. Pearlstein**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Sole Member of General Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Empire Schuylkill LP**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,165.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 7,165.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 24, 2016**

*Date*

**/s/ Jeffrey Kurtzman**

**Jeffrey Kurtzman  51816 PA**

*Signature of Attorney*

**KURTZMAN STEADY, LLC**
**401 S. 2nd Street**
**Suite 200**
**Philadelphia, PA 19147**
**(215) 883-1600  Fax: (609) 482-8011**
**kurtzman@kurtzmansteady.com**

*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Empire Schuylkill LP**        Case No.

                                Debtor(s)      Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:      **October 24, 2016**                 **/s/ Michael S. Pearlstein**

                                               **Michael S. Pearlstein/Sole Member of General Partner**
                                               Signer/Title